UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

SARAH TERRELL                                          CIVIL ACTION NO. 5:10cv1513

VERSUS                                                 JUDGE WALTER

WINNFIELD LIFE INS. CO., INC.              MAGISTRATE JUDGE HORNSBY
ET AL

CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, come Winnfield Life

Insurance Company, Inc. and Liberty Bankers Life Insurance Company, Inc., who submit

the following disclosure statement:

1.   Winnfield Life Insurance Company, Inc. is a wholly owned by Liberty

Bankers Life Insurance Company, Inc.

2.   Liberty Bankers Life Insurance Company, Inc. is wholly owned by Heritage

Guaranty Holdings, Inc.

RESPECTFULLY SUBMITTED:


*S/Michael J. Bourquard*

BY:_____
MICHAEL J. BOURQUARD  #19492
P. O. Box 217, Slidell, LA 70459 (mailing)
1100 Poydras St., Suite 2900
New Orleans, Louisiana 70163 (physical)
Telephone:  (504) 561-6611
Facsimile:   (504) 561-6684
Email:  mbourquard@aol.com
*Attorney for Defendants*